IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND          )
ETHICS IN WASHINGTON                     )
400 Eye Street, N.W.,                    )
Suite 450                                )
Washington, D.C. 20005,                  )
                                         )
               Plaintiff,                )
                                         )
        v.                               )          Civil Action No.
                                         )
U.S. DEPARTMENT OF JUSTICE               )
950 Pennsylvania Avenue, N.W.            )
Washington, D.C. 20530,                  )
                                         )
               Defendant,                )
_____)

## COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF

1.  This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552,

and the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, for injunctive,

declaratory, and other appropriate relief.  Plaintiff seeks the release of records from three U.S.

Department of Justice ("DOJ") components – the Criminal Division, the Federal Bureau of

Investigation ("FBI"), and the Executive Office of U.S. Attorneys ("EOUSA") – concerning the

now closed investigation of Angelo R. Mozilo and Countrywide Financial Corp.

("Countrywide").  Plaintiff is statutorily entitled to the disclosure of the records it seeks.

Notwithstanding that entitlement, defendant has improperly withheld the requested records.

## Jurisdiction and Venue

2.  This Court has both subject matter jurisdiction over this action and personal

jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B).  This Court also has jurisdiction

over this action pursuant to 28 U.S.C. § 1331, and 28 U.S.C. §§ 2201(a) and 2202.  Venue lies in

this district under 5 U.S.C. § 552(a)(4)(B).

## Parties

3.  Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") is a non-profit, non-partisan corporation organized under section 501(c)(3) of the Internal Revenue Code. CREW is committed to protecting the rights of citizens to be informed about the activities of government officials and to ensuring the integrity of government officials.  CREW seeks to empower citizens to have an influential voice in government decisions and in the governmental decision-making process through the dissemination of information about public officials and their actions.  To advance its mission, CREW uses government records made available to it under FOIA.

4.  Defendant DOJ is an agency within the meaning of 5 U.S.C. § 552(f) and 5 U.S.C. § 702.  DOJ is the federal agency with possession and control of the requested records and is responsible for fulfilling plaintiff's FOIA requests.  The Criminal Division, FBI, and EOUSA are components of defendant DOJ.

## DOJ'S Investigation Of Angelo R. Mozilo And Countrywide

5.  As widely reported and confirmed by then head of DOJ's Criminal Division Lanny Breuer, DOJ conducted a criminal investigation of Mr. Mozilo and Countrywide, but inexplicably – despite substantial evidence of criminal wrongdoing – declined to prosecute either.

6.  Mr. Mozilo is the former chief executive of the mortgage lender then operating under the name Countrywide Financial, and subsequently purchased by Bank of America in 2008.  Both Countrywide and Mr. Mozilo played a major role in the housing collapse that triggered the 2008

2

financial meltdown by providing a large number of questionable subprime mortgages; indeed, Countrywide has become nearly synonymous with the word "corruption."

7. Further, Countrywide had a so-called "Friend of Angelo" program that provided mortgages at a discount to numerous executive branch officials and members of Congress and their staffs. These practices were the subject of several congressional investigations, culminating in two congressional reports. In addition, the Financial Crisis Inquiry Commission conducted what its director of investigations called "an exhaustive examination of the company," which revealed, among other things, Countrywide's reckless lending practices, breakdowns in accountability and ethics, and its significant contributions to the financial crisis.

8. In a civil fraud case brought by the Securities and Exchange Commission ("SEC"). Mr. Mozilo and the SEC reached a $67.5 million settlement. Three months after the settlement, federal prosecutors in Los Angeles dropped their criminal investigation of Mr. Mozilo.

## Plaintiff's FOIA Requests

9. By letters dated April 30, 2014, and delivered by facsimile to the Criminal Division, FBI, and EOUSA, plaintiff requested under the FOIA all records related to investigations conducted by the three DOJ components of Angelo R. Mozilo and Countrywide, including, but not limited to, DOJ's decision not to bring criminal charges against either.

10. To date, the Criminal Division, FBI, and EOUSA have not responded to plaintiff's FOIA requests described in ¶ 8.

## PLAINTIFF'S CLAIM FOR RELIEF

11. Plaintiff re-alleges and incorporates by reference paragraphs 1-10.

12. Plaintiff properly asked for records within the custody and control of DOJ

components the Criminal Division, the FBI, and the EOUSA.

13.   Defendant DOJ wrongfully withheld agency records requested by plaintiff by withholding from disclosure all records responsive to plaintiff's FOIA requests to the Criminal Division, the FBI, and the EOUSA.

14.   Therefore, by failing to release the records as plaintiff specifically requested, defendant violated the FOIA.

## Requested Relief

WHEREFORE, plaintiff respectfully requests that this Court:

(1) Order defendant DOJ and its components the Criminal Division, the FBI, and EOUSA to conduct adequate searches and to disclose immediately and in their entireties all records responsive to plaintiff's FOIA requests submitted to the Criminal Division, the FBI, and EOUSA on April 30, 2014;

(2) Issue a declaration that plaintiff is entitled to disclosure of the requested records;

(3) Provide for expeditious proceedings in this action;

(4) Award plaintiff its costs and reasonable attorneys' fees in this action; and

(5) Grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

ANNE L. WEISMANN
(D.C. Bar No. 298190)
MELANIE SLOAN
(D.C. Bar No. 434584)
Citizens for Responsibility and Ethics
  in Washington
1400 Eye Street, N.W. Suite 450

4

Washington, D.C. 20005
Phone: (202) 408-5565
Facsimile: (202) 588-5020
Aweismann@citizensforethics.org

Dated: June 5, 2014                    Attorneys for Plaintiff